**CAUSE NO. CF-15-1571**

FILED FOR RECORD
at_____o'clock____m

NOV 1 0 2015

TERESA ROCKMON
District Clerk, Camp County, Texas
By_____ Deputy

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | 76TH JUDICIAL DISTRICT COURT |
| | § | |
| VS. | § | IN AND FOR |
| | § | |
| CAMERON MOORE | § | CAMP COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, CAMERON MOORE, defendant, in the above-entitled and numbered criminal action, files this Notice of Appeal. In support, the defendant will show the following.

### I.

On August 18, 2015, upon the Defendant's plea of guilty the jury assessed punishment of the defendant to confinement for (17) seventeen years in the Texas Department of Criminal Justice, Institutional Division for the offense of Burglary of Habitation, 2nd degree felony and a fine of $5000.00.

### II.

Defendant hereby gives written notice of appeal to the Court of Appeals, Sixth Court of Appeals District, Texarkana, Texas, from said judgment and imposition of sentence.

Dated this 9th day of November, 2015.

Respectfully submitted,

Gena Bunn
State Bar No. 00790323
Holmes & Moore, P.L.L. C.
P.O. Drawer 3267
Longview, Texas 75606
Office No. (903) 758-2200
Facsimile No. (903) 758-7864

ATTORNEY FOR DEFENDANT


SCANNED

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Notice of Appeal has been mailed to Charles C. Bailey, District Attorney, P.O. Box 249, Mount Pleasant, Texas 75456-0249 on this the 9th day of November, 2015.

Gena Bunn